UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CATO INSTITUTE,

      Plaintiff,

    v.                                                                    Civil Action No. 26-1505 (TSC)

NATIONAL SECURITY AGENCY,

      Defendant.

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Catherine J. Malycke as counsel for Defendant in the above-captioned case.

Dated: May 14, 2026                                    Respectfully submitted,


By:  */s/ Catherine J. Malycke*
     CATHERINE J. MALYCKE
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     Phone (202) 252-0838
     Email: catherine.malycke@usdoj.gov

*Attorney for the United Staes of America*